UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE CHRISTOPHER SMITH, | No. 2:21-cv-00519 WBS DB P |
| Plaintiff, | |
| v. | |
| SECRETARY, et al., | ORDER |
| Defendants. | |

    Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff previously filed a complaint which was illegible due to the small font used and the scanning process required to place plaintiff's complaint on the docket. (ECF No. 19 at 15). Plaintiff has now filed a Second Amended Complaint that is at least partially legible. (ECF No. 20.) In this Second Amended Complaint, plaintiff plainly states that the alleged violations took place at "multiple institutions within [the] counties of Kern and Kings (California)." (Id. at 1.) Kings and Kern County are part of the Fresno Division of the United States District Court for the Eastern District of California. See Local Rule 120(d).

    Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court. Therefore, this action will be transferred to the Fresno Division of the court.

////

1

Good cause appearing, IT IS HEREBY ORDERED that:

1. This action is transferred to the United States District Court for the Eastern District of California sitting in Fresno; and

2. All future filings shall reference the new Fresno case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street
> Fresno, CA 93721

DATED: April 4, 2023

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:14
DB/DB Prisoner Inbox/Civil Rights/R/smit0519.22