UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE CHRISTOPHER SMITH,<br><br>Plaintiff,<br><br>v.<br><br>SECRETARY, et al.,<br><br>Defendants. | No. 1:23-cv-00526-KES-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTION FOR CHANGE OF VENUE AND MOTION FOR SUMMARY JUDGMENT<br><br>Docs. 47, 48 |

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983. This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 17, 2025, plaintiff filed a motion for change of venue and motion for summary judgment. Doc. 47. On April 15, 2025, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's motion for a change of venue and motion for summary judgment be denied. Doc. 48. The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service. *Id.* at 2. Plaintiff did not file objections and the time to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1), this Court has conducted a de novo review of this case. Having carefully reviewed the file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly:

1. The findings and recommendations issued on April 15, 2025, Doc. 48, are adopted in full; and

2. Plaintiff's motion for change of venue and motion for summary judgment, Doc. 47, are denied.

IT IS SO ORDERED.

Dated:   July 17, 2025

UNITED STATES DISTRICT JUDGE

2